

# HOWREY LLP

MEMO ENDORSED

RECEIVED
OCT 25 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
www.howrey.com

**Robert P. Taylor**
Partner
T 650.798.3555
F 650.798.3600
taylorr@howrey.com

File 05262.0002

October 23, 2007

MEMO ENDORSED

Hon. Deborah A. Batts
United States District Court
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2007

Re: U.S. v. Acordia Northeast, Inc., et al.
Docket No. 07 CIV 7377 (DAB)

Dear Judge Batts:

Granted
/s/ DAB
10/31/2007

On behalf of all defendants – Acordia Northeast, Nisshin Steel, Galerie Felix Vercel and Sotheby's – this letter is written to request an extension of time for defendants to file answers or other pleadings responsive to the Complaint in the subject action until ten calendar days after the Court has ruled on a proposed Consent Judgment that is soon to be filed. These defendants have all signed a stipulation that was prepared by the United States and that we believe will dispose of this case in its entirety. We understand that the proposed Consent Judgment will be presented to the Court for approval later this week. In the interim, all defendants wish to avoid the cost of preparing and filing responsive pleadings which would otherwise become due.

The Complaint in this case was filed on August 17, 2007 and all defendants have either been served or accepted service. There have been no previous requests for extensions of time. The United States consents to such an extension.

Respectfully submitted,

Robert P. Taylor
Counsel for Nisshin Steel

RPT:lr

cc: All counsel as listed on the attached page

MEMO ENDORSED

**HOWREY** LLP

MEMO ENDORSED

Hon. Deborah A. Batts
October 22, 2007
Page 2

Rebecca C. Martin
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007

Ralph Lerner and Isaac Greaney
(Counsel for Acordia Northeast, Inc.)
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

Mark LeBow
(Counsel for Galeria Felix Vercel)
Sokolow Carreras and Associés
770 Lexington Avenue, 6th Floor
New York, New York 10021

Jonathan A. Olsoff
(Associate General Counsel and Vice President)
Sotheby's Inc.
1334 York Avenue
New York, New York 10021

SO ORDERED

*Deborah A. Batts*
DEBORAH A. BATTS  10/31/2007
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED